**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VJ VALSON, | ) |
| Plaintiff(s), | ) Case No. 2:15-cv-00082-GMN-NJK |
| vs. | ) ORDER |
| JOSEPH MESA, et al., | ) |
| Defendant(s). | ) |

Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. Docket No. 1. On Plaintiff's Complaint, he represents that he "presently resides at [the] Southern Desert Correctional Center." Docket No. 1-1, at 1. However, Plaintiff lists a Las Vegas apartment as his address. *See id.* Pursuant to Local Special Rule 2-2, plaintiffs are required to "immediately file with the Court written notification of any change of address." The Rule further warns that failure to comply "may result in dismissal of the action with prejudice." *Id.* Accordingly, Plaintiff is hereby **ORDERED** to clarify his address by filing a notice with the Court of his present address, no later than August 3, 2015. Failure to comply with this order will result in a recommendation to the district judge for dismissal.

IT IS SO ORDERED.

DATED: July 2, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge