1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| VJ VALSON, | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No. 2:15-cv-00082-GMN-NJK |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOSEPH MESA, et al., | ) | (Docket No. 1) |
| | ) | |
| Defendant(s). | ) | |

Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. Docket No. 1. On Plaintiff's Complaint, he represents that he "presently resides at [the] Southern Desert Correctional Center." Docket No. 1-1, at 1. Plaintiff also attached an inmate account statement and a executed financial certificate. Docket No. 1. However, on July 29, 2015, Plaintiff filed a notice of change of address, indicating that he lives in a Las Vegas apartment. Docket No. 3. As a result of this discrepancy, the Court cannot determine whether Plaintiff qualifies to proceed *in forma pauperis*, and his Application will be denied without prejudice. The Clerk of the Court shall retain the Complaint.

Accordingly,

**IT IS ORDERED**:

1. Plaintiff's Application to Proceed *In Forma Pauperis* (Docket No. 1) is **DENIED WITHOUT PREJUDICE**. The Clerk of Court shall mail Plaintiff a blank application, and Plaintiff shall have until **August 30, 2015,** in which to submit the

1     completed application or pay the $400.00 filing fee. Failure to comply with this
2     order will result in a recommendation to the district judge for dismissal.
3   2.     The Clerk of Court shall retain the Complaint.

IT IS SO ORDERED.

DATED: July 30, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge